**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**EDWARD SCOTT DOOLEY**                                            **PLAINTIFF**

**V.**                                            **NO. 3:15-CV-00075-DMB-JMV**

**PETER GLIK**                                            **DEFENDANT**

**ORDER DISMISSING CASE**
**BY REASON OF SETTLEMENT**

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly**,** it is **ORDERED** that this action is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 27th day of January, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**