**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**EDWARD SCOTT DOOLEY**                                                           **PLAINTIFF**

**V.**                                                        **NO. 3:15-CV-00075-DMB-JMV**

**PETER GLIK**                                                                     **DEFENDANT**

## FINAL JUDGMENT

In light of the Stipulation of Dismissal [33] filed on February 22, 2016, this matter is fully and finally **DISMISSED with prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 23rd day of February, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**